UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:12-cr-00086-NT |
| | ) | |
| DANIEL CARTER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE
ON MOTION TO DISMISS**

The United States Magistrate Judge filed with the Court on November 30, 2012 his Recommended Decision on Motion to Dismiss Indictment (ECF No. 71). The Defendant filed his Objection to the Recommended Decision (ECF No. 80) on January 14, 2013. The Government filed its Response to the Defendant's objection (ECF No. 82) on January 31, 2012.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; I concur with the recommendations of the Magistrate Judge for the reasons set forth in his Recommended Decision; and, I determine that no further proceeding is necessary.

1. It is <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Motion to Dismiss Indictment is <u>DENIED</u>.

SO ORDERED.

<u>/s/ Nancy Torresen</u>
NANCY TORRESEN
UNITED STATES DISTRICT JUDGE

Dated this 13th day of February, 2013